**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 491 MAL 2021

            Respondent

: Petition for Allowance of Appeal
: from the Order of the Superior Court

        v.

CHARLES V. OLIVER,

            Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of January, 2022, the Petition for Allowance of Appeal and the Motion for Leave of Court for Stay to Except Exhibit #9 Certified Statement are **DENIED**.